IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARED CHARLAP, | | |
| | Plaintiff, | 20cv1857<br>LEAD CASE |
| v. | | |
| OFFBEAT VENTURES, LLC<br>*doing business as*<br>VINYL ME PLEASE, | | |
| | Defendant. | |
| JARED CHARLAP, | | |
| | Plaintiff, | 20cv1860<br>MEMBER CASE |
| v. | | |
| DRMTLGY, LLC, | | |
| | Defendant. | |
| JARED CHARLAP, | | |
| | Plaintiff, | 20cv1870<br>MEMBER CASE |
| v. | | |
| IQAIR NORTH AMERICAN, INC., | | |
| | Defendant. | |
| JARED CHARLAP, | | |
| | Plaintiff, | 20cv1871<br>MEMBER CASE |
| v. | | |
| SPREADSHIRT, INC., | | |
| | Defendant. | |

JARED CHARLAP,

       Plaintiff,                      20cv1876
                                              MEMBER CASE

          v.

MCINTOSH LABORATORY, INC.,

       Defendant.

---

JARED CHARLAP,

       Plaintiff,                      20cv1877
                                              MEMBER CASE

          v.

THEISEN'S, INC.,

       Defendant.

---

JARED CHARLAP,

       Plaintiff,                      20cv1889
                                              MEMBER CASE

          v.

FREEDOME LASER THERAPY, INC.,

       Defendant.

---

JARED CHARLAP,

       Plaintiff,                      20cv1890
                                              MEMBER CASE

          v.

EMBER TECHNOLOGIES, INC,

       Defendant.

JARED CHARLAP,

        Plaintiff,                                20cv1898
                                                                     MEMBER CASE

            v.

AWB, INC.
doing business as
SENSA CALM,

        Defendant.

JARED CHARLAP,

        Plaintiff,                                20cv1901
                                                                     MEMBER CASE

            v.

SPOILS MEDIA INC.
doing business as
HOUSE OF SPOILS,

        Defendant.

JARED CHARLAP,

        Plaintiff,                                20cv1908
                                                                     MEMBER CASE

            v.

DIGITAL ROOM, LLC
doing business as
UPRINTING,

        Defendant.

JARED CHARLAP,
        Plaintiff,

                                                                   20cv1922
            v.                                                      MEMBER CASE

BARTON WATCHBANDS HOLDCO LLC,
            Defendant.

KAREN CLARK,

        Plaintiff,

        v.

VANITY PLANET, LLC,
        Defendant.

1:20cv0341
MEMBER CASE

---

KAREN CLARK,

        Plaintiff,

        v.

SPEER LABORATORIES, LLC
doing business as
EMUAID,

        Defendant.

1:20cv0343
MEMBER CASE

---

KAREN CLARK,

        Plaintiff,

        v.

PANGEA NATURALS, INC.,

        Defendant.

1:20cv0344
MEMBER CASE

KAREN CLARK,

       Plaintiff,

              v.

HIVE ENDEAVORS, LLC
doing business as
TRY CLOUDY,

       Defendant.

1:20cv0345
MEMBER CASE

---

KAREN CLARK,

       Plaintiff,

             v.

KITU LIFE, INC.
doing business as
SUPER COFFEE,

       Defendant.

1:20cv0347
MEMBER CASE

---

KAREN CLARK,

       Plaintiff,

             v.

BLADE HQ, LLC,

       Defendant.

1:20cv0352
MEMBER CASE

---

KAREN CLARK,

       Plaintiff,

             v.

INSERT NAME HERE, LLC,

       Defendant.

1:20cv0353
MEMBER CASE

KAREN CLARK,

        Plaintiff,                    1:20cv0355
                                          MEMBER CASE

            v.

ERIMISH, LLC,

        Defendant.

KAREN CLARK,

        Plaintiff,                    1:20cv0360
                                          MEMBER CASE

            v.

MONOWEAR, INC.,

        Defendant.

KAREN CLARK,

        Plaintiff,                    1:20cv0361
                                          MEMBER CASE

            v.

LOGITECH, INC.
doing business as
ULTIMATE EARS,

        Defendant.

**ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 20-1860, 20-1870, 20-1871, 20-1876, 20-1877, 20-1889, 20-1890, 20-1898, 20-1901, 20-1908, 20-1922, 20-341Erie, 20-343Erie, 20-344Erie, 20-345Erie, 20-347Erie, 20-352Erie, 20-353Erie, 20-355Erie, 20-360Erie, and 20-361Erie are hereby consolidated with **Civil Action No. 20-1857**, the lead case as captioned above.

1. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 20-1857**.

2. The Clerk of Court shall **close** Civil Action Nos. 20-1860, 20-1870, 20-1871, 20-1876, 20-1877, 20-1889, 20-1890, 20-1898, 20-1901, 20-1908, 20-1922, 20-341Erie, 20-343Erie, 20-344Erie, 20-345Erie, 20-347Erie, 20-352Erie, 20-353Erie, 20-355Erie, 20-360Erie, and 20-361Erie.

**SO ORDERED** this 16th day of December, 2020.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge